People v Colbert

2026 NY Slip Op 02547

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

v

ANTHONY COLBERT, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

222 KA 25-00946

Present: Lindley, J.P., Curran, Ogden, Delconte, And Hannah, JJ.

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (CLEA WEISS OF COUNSEL), FOR DEFENDANT-APPELLANT.

PERRY DUCKLES, ACTING DISTRICT ATTORNEY, ROCHESTER (MERIDETH H. SMITH OF COUNSEL), FOR RESPONDENT.

Appeal from an order of the Monroe County Court (Douglas A. Randall, J.), entered April 2, 2025. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

[*1]

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Memorandum: Defendant appeals from an order determining, inter alia, that he is a level three risk pursuant to the Sex Offender Registration Act (Correction Law § 168 et seq.). We reject defendant's contention that County Court abused its discretion when it denied his request for a downward departure from his presumptive risk level. We conclude, after "weighing the aggravating and mitigating factors" at the third step of the downward departure analysis, that the totality of the circumstances does not warrant a downward departure (People v Gillotti, 23 NY3d 841, 861 [2014]; see People v Allis, 229 AD3d 1375, 1376 [4th Dept 2024]).

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court